#4

15BG /MR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff: PRO SE

Melissa Edmonds # 89198
Alleghney Co Jail 950 2nd Ave,
Pgh, Pa 15219

v.

Full name, title, and business address
of each defendant in this action:

1 Alleghney Correctional Health Dept
950 2nd Avenue, ACJ
Pgh, Pa 15219   Dr Ronald Stockshulte

2 _____

_____

_____

Use additional sheets, if necessary
Number each defendant.

RECEIVED

JUN 14 2018

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16 - 0 7 9 0

Plaintiff brings this action against the above named and identified defendants on the following cause of
action:

I.    Where are you now confined? Alleghney County Jail

What sentence are you serving? 11½ to 23 months

What court imposed the sentence? Karen Sasinoske County

II.   Previous Lawsuits

A.   Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved
in this action.  (If there is more than one lawsuit, describe the additional lawsuits on another piece
of paper, using the same outline.)

1.  Parties to this previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

2.  Court (if federal court, name the district; if state court, name the county) and docket number

_____

3. Name of judge to whom case was assigned _____

4. Disposition (For example:  Was the case dismissed?  Was it appealed?  Is it still pending?)
   _____
   
   _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

B. Prior disciplinary proceedings which deal with the same facts
   involved in this action:

   Where?_____
   When?_____
   Result:_____
   _____
   _____

III.   What federal law do you claim was violated? _____

   _____

IV.   Statement of Claim

   (State here as briefly as possible the <u>facts</u> of your case.  Do not give any legal arguments or cite
   any cases or statutes.  If you intend to allege a number of related claims, number and set forth
   each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheet if
   necessary.)

A. Date of event: 12-24-15

B. Place of event: POD 4E  Alleghney County Jail

C. Persons involved--name each person and tell what that person did
   to you: Brianna Hughes inmate, hit me on the
   top tier. I had to defend myself. I ended
   up breaking my finger. I requested for help
   for 6 days no one listened, I asked Mang
   Rise, Parsons, Hutten to all get medical
   attention. On 12-30-15 Officer Ramsey worked
   and got me to medical. Dr. Donald Steel Shute said
   it wasn't broke, but ordered x-rays for the
   following day which determined it was
   broken. I was taken to the hospital which
   at that time, they confirmed a broken

mallet. I was placed in a splint and ordered by A.G.H. To see a orthopedic doctor. as soon as possible. I told him Dr. StechSchulte it was broke he said "no it's not."

V.   Did the incident of which you complain occur in an institution or place of custody in this District? If so, where?

_____

and answer the following questions:

A.   Is there a prisoner grievance procedure in this institution?
Yes (✓)  No ( )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓)  No ( )

C.   If your answer is YES,

1.   What steps did you take? Wrote the warden, Director of nursing, grievances

2.   What was the result? Nothing at all

D.   If your answer is NO, explain why not: _____

_____

E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes (✓)  No ( )

F.   If your answer is YES,

1.   What steps did you take? I asked to call medical several times, to several staff.

2.   What was the result? They said they would or just blew me off.

VI.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

Seeking the sum of $175,000 Pay hospital bills

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

I KEPT TELLING the nurses here for a month I was to be seen by a orthepedic doctor immediately. They stated for me that I was not to be seen by a doctor. I said I'm in a splint and have a broken finger. They lost my paperwork so a month later they contacted Alleghney General Hospital. When I reached my outside specialist Dr. Tang he wanted to know why it took me so long to get there. I stated neglagance on staff's medical's part. Dr. Tang examined me, he clearly stated there was nothing he could do for me but fuse my finger because they took so long in getting me out to see him. He said first try and see if I CAN live with the pain. A month later I was in surgery, I had two pins put in my finger. I was placed in the infirmary in the jail, while being housed there I was getting my dressing changed regularly as I should at first. After about a month they started slacking with the dressing changes. I was having to remind them, and when I did they got an attitude. The care was minute. There was a struggle to get it changed. When I was alone in the dressing room I took some supplies because it was becoming scary at how things were becoming. I started filing grievances, even the director of nursing Melieke Green told me to file grievances, write him every time it's not changed. I did so, and It was frequent. About a month and a half later I took note to my finger swelling, turning really red, terning green on both sides; pussing. It also had a fever. Dr. Donald Stechshulte told me this was normal and ok. So I just went with it, I did ask to see my outside Dr. He said I was scheduled. This went on with my finger for 2½ more wks. The dressing changes, were rarely done. I filed more grievances and I also continued journaling daily events with staff, medical + with myself. And with the supplies I needed I used to change it I took note

PG 1.

around them. It was like that whatever it was, was festering. I was very, very scared and I asked the nurse to look at it. She took me to the Exam room and called the charge nurse and determined it was infected. I demanded that I got to the hospital right away as I have been for the past 2 wks. They did not send me. At this point I didn't realize the dizzy, light, hot flashes was stemming from this situation. Dr. Donald Stochschulte still never sent me out. He said I am scheduled as more days passed. On the way back in the infirmary a nurse by the name G.G said "Sit the Fuck down your not going to the hospital"! (CHILDHOOD ISSUES) I became very, very upset at the way I was talked to, there was a table in front of me and I pushed it with both hands and it bent one of my pins downward embedding it in my skin.

Dr. Donald Stochschulte wasn't made aware but days later when he was he still determined that he wasn't sending me out I was in excruciating pain. I asked to see my Dr., he stated I was scheduled, I have been on pain killers for 6 months +, still am. I firmly believe if that appt., was "NOT" scheduled I would have had to lose my finger most definitely. When I got to my appt. w/ Dr. Tang he examined my hand/finger he was very upset and wish he didn't do the surgery. He had me immediately admitted at Allegheny General Hospital. He asked me why wasn't I brought into the office or taken to the hospital. I told them they told me no every time. I underwent surgery immediately first thing 7am. I had a total of 3 surgeries while being admitted, whirlpool sessions. The infection was down to my bone. The possibility of me losing my finger was a big option. The pins didn't even fuse my finger but we left them in at the hospital. I spent 10 days in the hospital 4-22-16   4-22-16; Dr. Tang said the day before checking out

Pg. 2

he wanted to see me in his office the following Tuesday. They never took me to his office to be seen, for the final close out or dispostion. An still I am "not" recieving physical therapy. I have no feeling in three of my fingers ring finger, index; pointer I can not bend my index finger it has no use. I've been for to learn how to right with my right hand instead of my left. My finger is deformed/disfigured. I had gang green, staphorious it was down to my bone. I almost lost my finger I was on "ALOT" of medication, heavy such as morophine, phetonoyal, oxycotine. When I did come back from the hospital I did ask Dr. Donald StechSchutte to recuse himself from over seeing me & he said he understands. Another doctor took over I do have plenty of witnesses for this case. This is the second medical malpratice w/ Dr. Donald Stechschulte. I have numerous people I can have attest to this case. Dr. Tang is willing to be a witness in this case, and I'm sure he will state that this could have been prevented with the PROPER care. I have suffered mental angoish, PTSD, Pain; suffering and so much more.

Pg. 3

WITNESSES

| NURSES | STAFF | INMATES |
|--------|-------|---------|
| Tonya m/a | Mang | Brianna Hughes |
| Sharon m/a | Hutter | Melania Totef |
| Ellen | Ramsay | Elizabeth Jones |
| | Risa Jonas | Mary Ann Johnson |
| | Gibings | Constance |
| | | Tonya |
| | | Justine |
| | | Jackie Quintin |
| | | Clara White |
| | | Kanada Ball |
| | | Ashley Pinwell |
| | | Jamia Cusmas |
| | | Bridgat Dixon |
| | | Angrea Forsight |

6-20-16
(Date)

Melissa Edmonds  Pro Se
(Signature of Plaintiff)